IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-75-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURICE CLINTON BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 186]. The response is due not later than July 25, 2014.

SO ORDERED. This __4__ day of July 2014.

JAMES C. DEVER III
Chief United States District Judge